# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**MICHELLE MINOR**                                                           **PLAINTIFF**

**V.**                                                       **NO. 1:15-CV-152-SA-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated September 1, 2015, were on that date duly served upon counsel for Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated September 1, 2015, are hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice to her right to pay the filing fee and proceed with this action within sixty (60) days of the date of this order.

3. That should Plaintiff fail to pay the filing fee within the time allotted above, this case shall be dismissed and closed without the need for further order of the Court.

**THIS**, the 22nd day of September, 2015.

                                                                                     **/s/ Sharion Aycock**
                                                                                **CHIEF JUDGE, U. S. DISTRICT COURT**